UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FLESUIA W. THOMAS,           )
        Plaintiff,           )
                             )
v.                           )   **JUDGMENT**
                             )
                             )   No. 5:18-CV-293-FL
                             )
SOCIAL SECURITY ADMINISTRATION )
        Defendant.           )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 26, 2019, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted.

**This Judgment Filed and Entered on August 26, 2019, and Copies To:**
Flesuia W. Thomas  (via US mail) 12865 N.C. Highway 39, Zebulon, NC 27597
Kathlee C. Buckner / Wanda D. Mason  (via CM/ECF Notice of Electronic Filing)


August 26, 2019                              PETER A. MOORE, JR. CLERK
                                                /s/ Sandra K Collins
                                                (By) Sandra K Collins, Deputy Clerk